# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 23 2021
ARTHUR JOHNSTON
BY ________ DEPUTY

Marcus Baker
*Petitioner*

v.

Hinds County Circuit Court
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 3:21cv203-CWR-LGI
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Marcus Baker
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Hinds County Farm
   (b) Address: 1447 County Farm Road
   Raymond, MS 39154
   (c) Your identification number: # 7700055662
3. Are you currently being held on orders by:
   ☐ Federal authorities ☑ State authorities ☐ Other - explain:
4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☑ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: ____________________

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Hinds County Circuit Court, Jackson, Mississippi

(b) Docket number, case number, or opinion number: case # 17-498

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Arrested Oct. 2016, Filed Demand For Speedy Trial Dec. 2017 It is now March 2021, haven't been given trial, been incarcerated 33 months & still being held. Violation of Constitution & State Statutory Law.

(d) Date of the decision or action: Arrested October 24th, 2016

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Filed a grievance to the staff of the Hinds County Farm via the "Securus" machine.

(2) Date of filing: November 18th, 2020

(3) Docket number, case number, or opinion number: Case # 17-498

(4) Result: Responded saying "issue resolved", which wasn't resolved

(5) Date of result: February 5th, 2021 was response date.

(6) Issues raised: That I was arrested Nov. 2019 for ankle monitor violation, and that It was Nov. 2020 and I had not been to court at all which was a violation of constitutional due process rights, should have went to court within 48 hours after arrest.

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Hinds County Circuit Court

Exhibit A → "Motion For Demand For Speedy Trial"

(2) Date of filing: December 19th, 2017 "Demand For Speedy Trial"

(3) Docket number, case number, or opinion number: case # 17-498

(4) Result: Remained moot until I filed notice of habeas, then denied.

(5) Date of result: Nov. 2020

(6) Issues raised: That I was asserting Sixth Amendment right to a speedy trial in an effort to resolve the charges against me.

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Hinds County Circuit Court "Motion to Dismiss For Speedy Trial & Due Process Violations"

(2) Date of filing: January 26th, 2021

(3) Docket number, case number, or opinion number: case # 17-498

(4) Result: N/A "never had a hearing on this motion"

(5) Date of result: N/A No hearing had on motion.

(6) Issues raised: Constitution violations due to failure to give speedy trial. Statutory violations in that 270 days have long passed since arraignment. Miss Code Ann. § 99-17-1

(b) If you answered "No," explain why you did not file a third appeal: ______

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: ______

(2) Case number: ______

(3) Date of filing: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court: ______

(2) Case number: ______

(3) Date of filing: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: ______

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: ______

(b) Date of the removal or reinstatement order: ______

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing: ______

(2) Case number: ______

(3) Result: ______

(4) Date of result: ______

(5) Issues raised: ______

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court: ______

(2) Date of filing: ______

(3) Case number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: Petition for a Writ of Habeas Corpus

(b) Name of the authority, agency, or court: Supreme Court of Mississippi Court of Appeals of the State of Mississippi

(c) Date of filing: December 7, 2020

(d) Docket number, case number, or opinion number: Case # 2020-M-01342 Trial Case # 17-498

Exhibit B + C

(e) Result: → State ordered to respond, State responded, Petition denied, NO HEARING!

(f) Date of result: February 24th, 2021

(g) Issues raised: That I had been denied 6th Amendment right to speedy trial. That state violated Miss. Code Ann. § 99-17-1 in that 270 days passed since arraignment. That after 18 months of incarceration, I bonded out and was re-arrested for alleged ankle monitor violation and never appeared before a judge to this day (more than 15 months). That I'm being held without due process of law which is a violation of the 5th and 14th Amendment to the Constitution.

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: That the State violated rule 5.1(c) which states that an accused person arrested pursuant to a warrant is entitled to an initial appearance before a judge within 48 hours after arrest and without unnecessary delay.

Exhibit D

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
After being incarcerated 18 months, I bonded out and was placed on an ankle monitor. I was re-arrested pursuant to a bench warrant on Nov. 29th 2019 and never appeared before a judge. It is now March, 2021 and I still have not been before a judge, a total of nearly 16 months. I was re-arrested on Nov. 29, 2019 for an alleged ankle monitor violation and have not been to court at all.

(b) Did you present Ground One in all appeals that were available to you?

☑ Yes ☐ No

**GROUND TWO:** State violated 5th and 14th Amendment to the U.S. Constitution which states that no person shall be deprived of liberty without "due process of law".

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Re-arrested Nov. 29th 2019 and held until current day March 2021 without ever going to court is a violation of due process. First arrested Oct 24, 2016 and demanding a speedy trial via motion, and having all of 2017, all of 2018, all of 2019, and all of 2020 pass by and not be given a trial but be unlawfully held in jail while being denied any court hearing is a violation of due process.

(b) Did you present Ground Two in all appeals that were available to you?

☑ Yes ☐ No

**GROUND THREE:** State violated 6th Amendment to the U.S. Constitution which states that In all criminal prosecutions, the accused shall enjoy the right to a speedy trial

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I filed a motion for "Demand for Speedy Trial" on December 19th, 2017 and have been denied trial but held to answer to this day.
*Length of Delay - Over 51 months from arrest to current day w/o trial.
*Reason for Delay - I have not caused delays in getting case resolved.
*Assertion of Right - Asserted right by filing Demand for Trial Motion.
*Prejudice - Have suffered 33 months of oppressive pre-trial incarceration plus another 18 months on an ankle monitor.

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☑ No

**GROUND FOUR:** State violated Mississippi Code Ann. § 99-17-1 which requires that the Defendant be brought to trial within (270) days after arraignment.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: It is WELL over (270) days since the Defendant was arraigned. Defendent has been incarcerated 33 months and has still not been given a trial.

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Did not present Grounds 3 and 4 when I filed a grievance to the jail because I only focused on letting them know that I had not been to court in over a year.

**Request for Relief**

15. State exactly what you want the court to do: I would like this court to dismiss with prejudice the indictment against me based upon the States violation of my constitutional rights and state statutory law. This Court may dismiss an indictment, information, or complaint if unnecessary delay occurs in bringing a defendant to trial." Rule 48 (b) of the Federal Rules of Criminal Procedure.

In the alternative, Defendant prays that this court will grant me an evidentiary "HEARING" on this matter.

God Bless

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:
3-11-2021

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 3-11-2021

Marcus Baker
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*